USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM RICHARD HAMILTON,

                Plaintiff,

          v.

BILL DEBLASIO, *Mayor*; DERMOT F. SHEA, *NYC Police Commissioner*; TERRANCE MONAHAN; *Chief of NYPD*,

                Defendants.

No. 20-CV-4300 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      After the close of business on Friday, June 5, 2020, Plaintiff William Richard Hamilton, proceeding *pro se*, filed this action, challenging New York City's implementation of a citywide curfew. On June 6, the Court issued an order providing for service of his papers, as well as scheduling a conference for Monday, June 8. Dkt. 7. Later that day, Plaintiff e-mailed Chambers seeking to voluntarily dismiss the case. In light of Plaintiff's request to voluntarily dismiss the case, together with Mayor DeBlasio's announcement this morning that the citywide curfew has been lifted "effective immediately," the action is dismissed. Accordingly, tomorrow's conference is adjourned.

SO ORDERED.

Dated:    June 7, 2020
              New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge