UNITED STATES DISTRICT COURT
3SOUTHERN DISTRICT OF NEW YORK

WILLIAM RICHARD HAMILTON,   )
                            )
Plaintiff                   )
                            )
v.                          )          Case # 1:20-cv-04300-RA
                            )
Bill DeBlasio, et al.       )
_____)

MOTION TO DISMISS

COMES NOW, the Plaintiff, William Richard Hamilton, and respectfully requests that this Honorable Court enter a motion to dismiss the above styled case. The hearing set forth by the Honorable Court is scheduled after the curfew order has lapsed, and the matter is now moot.

Application granted.  The Clerk of Court is respectfully directed to close this case.  The Clerk of Court is further directed to mail a copy of this order to Mr. Hamilton.
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 23, 2020

Respectfully Submitted,

/s/ William R Hamilton
Plaintiff, Pro Se
600 W 111th St. # 3A
New York, NY 10025
(212) 365-8150
whamilton@me.com